**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

In re:

ISAAC KATZ                                                          Case No. 24-44001
                                                                    Chapter: 7

                                    Debtor(s)

-------------------------------------------------------------------x

## AFFIDAVIT OF NO PAY ADVICES

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF KINGS        )

**ISAAC KATZ**, being duly sworn, deposes and says:

1. I am an individual who resides at 150 S 8th St., Brooklyn, NY 11211 and I am a resident/citizen of the State of New York and this federal judicial district.

2. I submit this Affidavit on personal knowledge in support of my voluntary petition under Chapter 7 of the Bankruptcy Code.

1. I do not have pay advices to submit to the Trustee or the Court because I am self-employed and do not receive pay advices.

**/s/ _Isaac Katz_**

Isaac Katz
Debtor

Sworn to before on this
25th day of September, 2024

 **_/s/ Jeb Singer_____**
Notary Public
ID: 02S16432229
County: Kings
Expiration: 4/25/2026