EXHIBIT A

**J. Singer Law Group, PLLC**
Attorneys for Isaac Katz
1 Liberty Plaza, 23rd Floor
New York, New York 10006
(917) 806-5832
Jeb Singer
Ira Reid

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――― x
In re:

ISAAC KATZ                                               : Chapter 7

                                                         : Case No. 24-44001-JMM

―――――――――――――――――――――――――― x


**DECLARATION OF ISSAC KATZ IN SUPPORT OF HIS OBJECTION TO MOTION BY CENLAR FSB AS SERVICER FOR UNITED WHOLESALE MORTGAGE, LLC <u>SEEKING RELIEF FROM THE AUTOMATIC STAY</u>**

I, Isaac Katz, the chapter 7 debtor, hereby declares under penalty of perjury:

1.     I am fully familiar with the facts and circumstances described in the motion by Cenlar FSB as servicer for United Wholesale Mortgage, LLC seeking relief from the automatic stay (the "***Motion***") to permit foreclosure on my real property located at 119 Israel Ln #B44, Woodbourne, New York 12788 (the "***Property***") and I am filing this declaration in support of the objection filed by my counsel in opposition to the Motion (the "***Objection***") and to make the following declaration to the Court.

2.     I hereby declare that I commit to curing and reinstating the Mortgage (as defined in the Objection) within 90 days of this Court hearing date of January 16, 2025.

Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: January 9, 2025
       Brooklyn, New York

<u>/s/ Isaac Katz</u>
Chapter 7 Debtor