HEARING DATE AND TIME: April 8, 2025
OBJECTION DEADLINE: April 1, 2025

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

Isaac Katz,                               Case No. 1-24-44001-jmm
                                              Chapter 7

              Debtor.

## NOTICE OF HEARING ON
## MOTION FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE** that a hearing shall be held on April 8, 2025 at 10:00 am or as soon thereafter as counsel can be heard on the motion filed by Valley National Bank (the "Secured Creditor") seeking to (i) terminate the automatic stay with respect to Secured Creditor's interest in the Cash Value Line of Credit, (ii) waive the fourteen day stay pursuant to F.R.B.P. 4001(a)(3) and (iii) seek any further and different relief as this Court deems just and proper (the "Motion"). The hearing shall be held before the Honorable Jil Mazer- Marino, United States Bankruptcy Judge, in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing and filed with the Bankruptcy Court by **April 1, 2025,** (the "Objection Deadline") through the Court's electronic filing system. Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov. A copy of the objection must also be served, so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE**, that you may appear at the hearing in person, by phone or by videoconference. Those intending to appear at the hearing must register with eCourt

Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed only to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844 or JMM_Hearings@nyeb.uscourts.gov.

    **PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned without notice other than an announcement at the hearing.

Dated: March 7, 2025
      New York, New York

                                        **HILL WALLACK, LLP**

                                        /s/ Aleksandra K. Fugate
                                        Aleksandra K. Fugate, ESQ.
                                        261 Madison Avenue, 9th Floor
                                        New York, NY 10016
                                        Email: afugate@hillwallack.com