**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

| | | |
|---|---|---|
| In re:  ISAAC KATZ | § | Case No. 0712444001 jmm |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 09/25/2024. The undersigned trustee was appointed on 09/29/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          70,000.16

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 42.07 |
| Bank service fees | 1,041.89 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 68,916.20 |

 The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/29/2025 and the deadline for filing governmental claims was 03/24/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,750.01. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,750.01, for a total compensation of $6,750.01[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/20/2026

By: /s/ Gregory Messer

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit A

Page: 1

**Case No.:**  0712444001 jmm

**Case Name:**  ISAAC KATZ

**For Period Ending:**  05/20/2026

**Trustee Name:**  (520670) Gregory Messer

**Date Filed (f) or Converted (c):**  09/25/2024 (f)

**§ 341(a) Meeting Date:**  11/04/2024

**Claims Bar Date:**  05/29/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 119 Israel Lane, Fallsburg, NY 12733, Sullivan County County | 500,000.00 | 70,000.00 | | 70,000.16 | FA |
| 2 | Furniture and Kitchen Items | 5,350.00 | 0.00 | | 0.00 | FA |
| 3 | TV, Cell phone, Computer, Printer | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Wedding Ring, Watches, Other Jewelery | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Checking account: Bank of America (Account ending in *1586) | 140.00 | 0.00 | | 0.00 | FA |
| 7 | City5 Consulting, LLC, 50% ownership | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 8 | SaniSaver | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Guardian (Policy number ending in *6125); Debtor's policy: Spouse, next of kin | 31,783.12 | Unknown | | 0.00 | FA |
| 10 | Guardian (Policy number ending in *3779); Debtor's policy: Spouse, next of kin | 278,420.54 | 0.00 | | 0.00 | FA |
| 11 | New York Life (Policy number ending in *0319); Debtor's policy: Next of kin | 505.19 | 0.00 | | 0.00 | FA |
| 12 | Guardian (Policy number ending in *2984); Wife's policy: Spouse, next of kin | 6,411.02 | 0.00 | | 0.00 | FA |
| 13 | New York Life (Policy number ending in *0570); Debtor's policy: Next of kin | 3,197.40 | 0.00 | | 0.00 | FA |
| 14 | Guardian (Policy number ending in *4767); Debtor's policy: Spouse, next of kin | 4,072.65 | 0.00 | | 0.00 | FA |
| 15 | Guardian (Policy number ending in *8974); Debtor's policy: Spouse, next of kin | 4,162.17 | 0.00 | | 0.00 | FA |
| 16 | Guardian (Policy number ending in *2461); Debtor's policy: Spouse, next of kin | 11,845.02 | 0.00 | | 0.00 | FA |
| 17 | New York Life (Policy number ending in *2031); Debtor's policy: Next of kin | 0.00 | 0.00 | | 0.00 | FA |
| 18 | New York Life (Policy number ending in *8652); Debtor's policy: Next of kin | 0.00 | 0.00 | | 0.00 | FA |
| 19* | Commercial contract litigation - unliquidated (See Footnote) | 2,500,000.00 | 2,500,000.00 | | 0.00 | FA |
| 20 | Possible Avoidance action  (u) | Unknown | 1.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit A

Page: 2

**Case No.:**  0712444001 jmm

**Case Name:**  ISAAC KATZ

**For Period Ending:**  05/20/2026

**Trustee Name:**  (520670) Gregory Messer

**Date Filed (f) or Converted (c):**  09/25/2024 (f)

**§ 341(a) Meeting Date:**  11/04/2024

**Claims Bar Date:**  05/29/2025

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property Formally**<br>**Abandoned**<br>**OA=§554(a)**<br>**abandon.** | **Sale/Funds**<br>**Received by the**<br>**Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| **20** | Assets Totals (Excluding unknown values) | $3,449,387.11 | $2,670,001.00 | | $70,000.16 | $0.00 |

RE PROP# 19     The Trustee and his counsel are investigating this asset to determine if a viable action can be brought to benefit this.

—————————————————————————————————————————————————————

**Major Activities Affecting Case Closing:**

6/27/2025 - As a result a settlement was reached for the sum of  $70,000 payable as follows: (i) $15,000 shall be paid upon the signing of this Stipulation ("Down Payment"), which the Debtor paid; and (ii) $9,166.66 per month for 5 consecutive months to be paid May 15, 2025, June 15, 2025, July 15, 2025, August 15, 2025 and September 15, 2025, and one payment of $9,166.70 to be made October 15, 2025 ("Installment Payments"). The Debtor is current on the payments. The Court approved the settlement by Order dated June 5, 2025. In addition, there may be other potential avoidance claims that the Trustee and his counsel are presently investigating.

4/25/2025 - Motion to Compromise Controversy and Settle the Estate's Interest in and to the Real Property.

3/19/2025 -   The Trustee's investigation of the Debtor's financial affairs the Trustee discovered that, as of the Filing Date, the Debtor was the owner of the property located at 119 Israel Lane, #B44, Woodbourne, New York 12788 ("Property"). According to Schedule A of the Debtor's petition and schedules, the Debtor ascribed a fair market value of $500,000.00 for the Property. The lender was owed  $418,819.38 as of November 5, 2024. Thereafter, the Trustee directed LH&M to seek to negotiate a resolution of the estate's interest in the Property with the Debtor

2/16/2025 - The Trustee is looking to move forward with the sale of the property that has a lift stay motion pending and has been adjourned, or work out a deal with the Debtor regarding the equity.
The Trustee is also investigating the allegations regarding transfers and conveyances that may be recoverable to the estate

The  Trustee is also investigating the estate's interest in a business that may have value to the estate

1/22/2025 - The Trustee retained LaMonica Herbst & Maniscalco, LLP as counsel to the Debtor to further investigate the assets of the Debtor.

01/07/2025             The Trustee filed a Stipulation and Order by and between the undersigned parties, Extending the Time to Object to Discharge.

11/4/2024 - The Trustee examined the Debtor at the 341a meeting.

**Initial Projected Date Of Final Report (TFR):**  07/09/2026

**Current Projected Date Of Final Report (TFR):**   05/14/2026 (Actual)

| 05/20/2026 | /s/Gregory Messer |
|---|---|
| Date | Gregory Messer |

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 0712444001 jmm | Trustee Name: | Gregory Messer (520670) |
|---|---|---|---|
| Case Name: | ISAAC KATZ | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1157 | Account #: | ******7355 Checking |
| For Period Ending: | 05/20/2026 | Blanket Bond (per case limit): | $29,432,567.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/16/25 | | ISAAC KATZ | PAYMENT ON SALE OF TRUSTEE'S INTEREST IN REAL PROPERTY | | 15,000.00 | | 15,000.00 |
| | {1} | | Payment #0 on Asset #1 119 Israel Lane, Fallsburg, NY 12733, Sullivan County County $15,000.00 | 1110-000 | | | |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 10.41 | 14,989.59 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 24.02 | 14,965.57 |
| 06/03/25 | | ISAAC KATZ | PAYMENT ON SETTLEMENT FOR SALE OF REAL PROPERTY | | 9,166.66 | | 24,132.23 |
| | {1} | | Payment #1 on Asset #1 119 Israel Lane, Fallsburg, NY 12733, Sullivan County County $9,166.66 | 1110-000 | | | |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 34.93 | 24,097.30 |
| 07/01/25 | | Isaac Katz | Settlement Payment pursuant to stipulation dated 6/5/25 | | 9,166.70 | | 33,264.00 |
| | {1} | | Payment #2 on Asset #1 119 Israel Lane, Fallsburg, NY 12733, Sullivan County County $9,166.70 | 1110-000 | | | |
| 07/23/25 | | ISAAC KATZ | PAYMENT ON SETTLEMENT AGREEMENT DATED 6/5/2025 | | 9,166.70 | | 42,430.70 |
| | {1} | | Payment #3 on Asset #1 119 Israel Lane, Fallsburg, NY 12733, Sullivan County County $9,166.70 | 1110-000 | | | |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 57.66 | 42,373.04 |
| 08/21/25 | | ISAAC KATZ | SETTLEMENT PAYMENT | | 9,166.70 | | 51,539.74 |
| | {1} | | Payment #4 on Asset #1 119 Israel Lane, Fallsburg, NY 12733, Sullivan County County $9,166.70 | 1110-000 | | | |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 69.07 | 51,470.67 |
| 09/18/25 | | ISAAC KATZ | SETTLEMENT PAYMENT | | 9,166.70 | | 60,637.37 |
| | {1} | | Payment #5 on Asset #1 119 Israel Lane, Fallsburg, NY 12733, Sullivan County County $9,166.70 | 1110-000 | | | |
| 09/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 91.91 | 60,545.46 |
| 10/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 100.27 | 60,445.19 |
| 11/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 87.18 | 60,358.01 |
| 12/04/25 | | ISAAC KATZ | SETTLEMENT PAYMENT | | 9,166.70 | | 69,524.71 |

Page Subtotals:        $70,000.16        $475.45

*{ } Asset Reference(s)*        **UST Form 101-7-TFR (5/1/2011)**        *! - transaction has not been cleared*

# Form 2

# Cash Receipts And Disbursements Record

| Case No.: | 0712444001 jmm | | Trustee Name: | Gregory Messer (520670) |
|---|---|---|---|---|
| Case Name: | ISAAC KATZ | | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1157 | | Account #: | ******7355 Checking |
| For Period Ending: | 05/20/2026 | | Blanket Bond (per case limit): | $29,432,567.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {1} | | Payment #6 on Asset #1 119 Israel Lane, Fallsburg, NY 12733, Sullivan County County $9,166.54 | 1110-000 | | | |
| | {1} | | overpayment on AR $0.16 | 1110-000 | | | |
| 12/29/25 | 101 | International Sureties | BLANKET BOND PREMIUM # 612419175 | 2300-000 | | 42.07 | 69,482.64 |
| 12/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 122.86 | 69,359.78 |
| 01/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 111.17 | 69,248.61 |
| 02/27/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 103.58 | 69,145.03 |
| 03/31/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 118.20 | 69,026.83 |
| 04/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 110.63 | 68,916.20 |

|  | | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|---|
| COLUMN TOTALS | | 70,000.16 | 1,083.96 | $68,916.20 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| Subtotal | | 70,000.16 | 1,083.96 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $70,000.16 | $1,083.96 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page:   3

| | | | |
|---|---|---|---|
| **Case No.:** | 0712444001 jmm | **Trustee Name:** | Gregory Messer (520670) |
| **Case Name:** | ISAAC KATZ | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***1157 | **Account #:** | ******7355 Checking |
| **For Period Ending:** | 05/20/2026 | **Blanket Bond (per case limit):** | $29,432,567.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $70,000.16 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $70,000.16 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7355 Checking | $70,000.16 | $1,083.96 | $68,916.20 |
| | **$70,000.16** | **$1,083.96** | **$68,916.20** |

| | |
|---|---|
| 05/20/2026 | /s/Gregory Messer |
| Date | Gregory Messer |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Claims Register

**Case: 0712444001 jmm ISAAC KATZ**

**Claims Bar Date:**  5/29/25 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Gregory Messer<br>26 Court Street<br>Suite 2400<br>Brooklyn, NY 11242 | Admin Ch. 7 | | $ 6,750.01 | $0.00 | $6,750.01 |
| LHM | LAMONICA HERBST & MANISCALCO, LLP<br>3305 JERUSALEM AVENUE<br>WANTAGH, NY 11793 | Admin Ch. 7 | | $ 23,272.50 | $0.00 | $23,272.50 |
| | LAMONICA HERBST & MANISCALCO, LLP<br>3305 JERUSALEM AVENUE<br>WANTAGH, NY 11793 | Admin Ch. 7 | | $ 377.16 | $0.00 | $377.16 |
| 1 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 2412 | $ 50,270.54 | $0.00 | $50,270.54 |
| 2 | Fox Rothschild LLP<br>Martha B. Chovanes<br>2001 Market Street, Suite 1700<br>Philadelphia, PA 19103 | Unsecured | | $ 96,570.34 | $0.00 | $96,570.34 |

**Exhibit C**

**Claims Register**

**Case: 0712444001 jmm ISAAC KATZ**

**Claims Bar Date:**  5/29/25 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3S | New York State Department of Taxation & Finance<br>Bankruptcy Section<br>P O Box 5300, Albany New York 12205-0300 | Secured | | $ 0.00 | $0.00 | $0.00 |
| | | | PER ORDER ECF NO. 55 CLAIM RECLASSIFIED AS GENERAL UNSECURED. | | | |
| 3U | New York State Department of Taxation & Finance<br>Bankruptcy Section<br>P O Box 5300, Albany New York 12205-0300 | Unsecured | | $ 57,326.72 | $0.00 | $57,326.72 |
| | | | PER ORDER [ECF NO. 55] CLAIM RECLASSIFIED AS GENERAL UNSECURED. | | | |
| 4P | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Priority Unsecured | | $ 90,722.46 | $0.00 | $90,722.46 |
| 4U | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Unsecured | | $ 186,381.83 | $0.00 | $186,381.83 |
| 5 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $ 235.65 | $0.00 | $235.65 |

**Exhibit C**

**Claims Register**

**Case: 0712444001 jmm ISAAC KATZ**

**Claims Bar Date:**  5/29/25 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | American Express National Bank<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $ 199.94 | $0.00 | $199.94 |
| 7 | Bank of America, N.A.<br><br>PO Box 673033<br>Dallas, TX 75267-3033 | Unsecured | 5210 | $ 5,330.15 | $0.00 | $5,330.15 |
| 8 | American Express National Bank<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $ 820.55 | $0.00 | $820.55 |
| 9 | Kudman Trachten Aloe Posner LLP<br><br>488 Madison Avenue, 23rd Floor<br>New York, NY 10022 | Unsecured | | $ 136,344.57 | $0.00 | $136,344.57 |
| 10 | U.S. Small Business Administration<br><br>332 S. Michigan Avenue, Suite 600<br>Chicago, IL 60604 | Unsecured | 7902 | $ 506,987.39 | $0.00 | $506,987.39 |

**Exhibit C**

**Claims Register**

**Case: 0712444001 jmm ISAAC KATZ**

**Claims Bar Date:**   5/29/25 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---------|---------------|------------|---------------------|----------------|--------------|---------------|
| 11 | United Wholesale Mortgage, LLC | Secured | 5432 | $ 0.00 | $0.00 | $0.00 |
| | c/o Cenlar FSB Attn: BK Dept, 425 Phillip Blvd Ewing, NJ 08618 | | Note and Mortgage 119 Israel Lane #B44, Woodburne - Not secured to estate funds. | | | |
| 12 | Jordan Bardach | Unsecured | | $ 5,000,000.00 | $0.00 | $5,000,000.00 |
| | c/o Cozen O'Connor Attn: Ivory Bishop, Esquire, 3 WTC, 175 Greenwich Street, 55th Floor New York, NY 10007 | | | | | |
| | | | **Case Total:** | | $0.00 | $6,161,589.81 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 0712444001 jmm
Case Name:  ISAAC KATZ
Trustee Name: Gregory Messer

**Balance on hand:**    $       68,916.20

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | New York State Department of Taxation & Finance | 20,791.21 | 0.00 | 0.00 | 0.00 |
| 11 | United Wholesale Mortgage, LLC | 413,889.06 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $      0.00
Remaining balance:    $      68,916.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Gregory Messer | 6,750.01 | 0.00 | 6,750.01 |
| Attorney for Trustee Fees (Other Firm) - LAMONICA HERBST & MANISCALCO, LLP | 23,272.50 | 0.00 | 23,272.50 |
| Attorney for Trustee Expenses (Other Firm)  - LAMONICA HERBST & MANISCALCO, LLP | 377.16 | 0.00 | 377.16 |

Total to be paid for chapter 7 administrative expenses:    $      30,399.67
Remaining balance:    $      38,516.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $      0.00
Remaining balance:    $      38,516.53

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $90,722.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Internal Revenue Service | 90,722.46 | 0.00 | 38,516.53 |

Total to be paid for priority claims: $ 38,516.53
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,040,467.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | LVNV Funding, LLC | 50,270.54 | 0.00 | 0.00 |
| 2 | Fox Rothschild LLP | 96,570.34 | 0.00 | 0.00 |
| 3U | New York State Department of Taxation & Finance | 57,326.72 | 0.00 | 0.00 |
| 4U | Internal Revenue Service | 186,381.83 | 0.00 | 0.00 |
| 5 | American Express National Bank | 235.65 | 0.00 | 0.00 |
| 6 | American Express National Bank | 199.94 | 0.00 | 0.00 |
| 7 | Bank of America, N.A. | 5,330.15 | 0.00 | 0.00 |
| 8 | American Express National Bank | 820.55 | 0.00 | 0.00 |
| 9 | Kudman Trachten Aloe Posner LLP | 136,344.57 | 0.00 | 0.00 |
| 10 | U.S. Small Business Administration | 506,987.39 | 0.00 | 0.00 |
| 12 | Jordan Bardach | 5,000,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

**UST Form 101-7-TFR(5/1/2011)**

Total to be paid for tardily filed general unsecured claims:    $      0.00

Remaining balance:    $      0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:    $      0.00

Remaining balance:    $      0.00

**UST Form 101-7-TFR(5/1/2011)**