**EXHIBIT F**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ISAAC KATZ,<br><br>       Debtor | Case No. 1-24-44001  jmm<br><br>Chapter 7 |

**CASE NARRATIVE**

The Debtor filed a petition under Chapter 7 of the Bankruptcy Code on September 25, 2024.  The undersigned was appointed Chapter 7 Trustee, and he is still serving in that capacity.

The Trustee retained LaMonica, Herbst & Maniscalco, LLP as counsel to the Trustee.   The Trustee investigated the financial affairs of the Debtor and determined that the Debtor was the owner of 119 Israel Lane, Woodbourne, New York  12788. It was confirmed that there was adequate equity for it to be sold to benefit the creditors of this estate.

Through counsel to the Trustee entered into a Stipulation in which the Debtor agreed to pay the Trustee the sum of $70.,000.00 for the Debtor's right, title, and interest in the property.  A motion to approve the settlement was filed and on June 5, 2025, an order was signed approving the settlement.

The Trustee has reviewed the claims and, through his attorney, objected to certain claims, resulting in the secured claim filed by the NYS Department of Taxation claim being reclassified as a general unsecured claim.

The Trustee has reviewed the fee application filed by counsel to the Trustee and prepared and filed this final report.

Dated:    May 4, 2026                          */s/ Gregory Messer*

                                             Gregory Messer, Trustee
                                             LAW OFFICES OF GREGORY MESSER
                                             26 Court Street, Suite 2400
                                             Brooklyn, NY 11242
                                             Telephone # (718) 858-1474